PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 5:23-cv-00093-H   Document 1   Filed 04/25/23   Page 1 of 11   PageID 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

**5:23-CV-093-H**

__Joseph Richards__
PETITIONER
(Full name of Petitioner)

__Lubbock Co. Detention__
CURRENT PLACE OF CONFINEMENT

vs.

__190578__
PRISONER ID NUMBER

__Gary Maddox__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

__DCR-6059-20, 6060-20, 6061-20__
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ✓ __  pretrial detention;
2. __ X  a conviction;
3. __ X  a sentence;
4. __ X  jail or prison conditions;
5. __ X  a prison disciplinary proceeding;
6. __ X  parole or mandatory supervision;
7. __ X  time credits;
8. ✓ X  other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)   No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. I have filed previous petition I have also ask Anna's assitant to file a bond reduction around July of 2021. yet to no avail

1. Place of detention: _Lubbock Co Detention center/ Hold for Lamb Co._

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: _murder, agg assault agg. assault, still awaiting filings despite speedy trial_

3. Name and location of court in which your case is pending or in which you were convicted: _Lamb Co._

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: _DCR 6059-20, 6060-20, 6061-20_

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: _Have not been convicted_

6. Check whether a finding of guilty was made:

    a.  after a plea of guilty            _ _

    b.  after a plea of not guilty        _ _

    c.  after a plea of nolo contendere   _ _

7. If you were found guilty, check whether that finding was made by:

    a.  a jury                            _ _

    b.  a judge without a jury            _ _

8. Did you appeal from the judgment of conviction or the imposition of sentence?

        Yes           No

3

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b) N/A

        (c) N/A

        (d) N/A

    b. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b) N/A

        (c) N/A

(d) _N/A_

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

    CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

    a. **GROUND ONE:** I have been held in LCDC Awaiting trial Almost 3 years now on a 100,000$ an 2 50,000$ bonds

    Supporting facts: I an unable to provide for myself an this bond is alot of money for someone indigent. If it was reasonable amount I would be able to have people help. I would have place of residence an job apon release.

    b. **GROUND TWO:** I was in jail over 90 days with no inditement.

    Supporting facts: I was Jailed June 13, 2020 an indited on September 15 of 2020.

c. **GROUND THREE**: I have better chances of fighting case in the "free-world"

Supporting facts: I have limited access to legal aid, No way of saving money for worthy attorney. I am burden in this situation Also by staying free I will prove accontability an that I am not a threat to society.

d. **GROUND FOUR**: Not a "flight risk"

Supporting facts: I stayed at scene an allowed being takin into custody I also co-opperated with law-enforcement while in custody

11. Relief sought in this petition: Bond reduction, Present case in court, or dismissal of case under Texas penal code of crim. proc. 28.061

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    (Yes)    No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: In district court of 154th Judicail district of lamb co Texas DCR-6059-20 DCR-6060-20 DCR-6061-20

    (2) Result and date of result: filed writ of habeas corpus

    (3) Grounds raised (list each):

    (a) I filed for speedy trial numours times yet not respected by courts

    (b) I was deemed incompetent 2 years in to prevent speedy trial

    (c) I now have to wait on bed at vernon an it is a long wait

    (d) This matter should have been resolved long ago.

    b. (1) Name of court and docket or case number: In district court of 154th Judicail district of lamb co Texas DCR-6059-20 DCR-6060-20 DCR-6061-20

    (2) Result and date of result: filed speedy trial motion Not respected April 28, 2022

    (3) Grounds raised (list each):

    (a) I have filed speedy trial motions several times,

7

(b) I ask my attorney to file as well, she hasnt complied
(c) I have been schedule for trial already Nov. 2, 21
(d) that was set off til April 18th 2022 now indefinate

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention. I have filed for speedy trial numours times yet to no avail, This is a violation of the Constitution as I am suffering opresive pretrial detention. my Phyc. evaluation was manipulated in order to hold me unjustly.

15. Are you presently represented by counsel?   (Yes)   No
If so, name, address and telephone number of attorney: Anna Ricker 713 phelps Ave, Littlefield TX 79339 806-385-089[?]

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?   Yes   (No)

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on April 2023 (month, day, year).

Executed (signed) on April, 2023 (date).

*Joseph Richard*
Signature of Petitioner (required)

Petitioner's current address:

Lubbock Co. Detention
3502 N. Holly
Lubbock Tx
79403-9703

9

RECEIVED
APR 2 5 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To whom this may concern:

I have already previously filed a writ. It was submitted already. I have yet to get word back on that. I am seeking some type of relief. Is there any progress? Please let me know at your convience. Thank you for your time on this matter.

Truly,

Joseph Richards
# 190978
Lubbock Co. Detention

Name: Richards, Joseph
S.O.#: 1905-18
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

**INDIGENT**

LEGAL MAIL ONLY

RECEIVED
APR 2 5 2023

RETURN SERVICE REQUESTED

FIRST CLASS

United States district court
1205 Texas ave, Room 209
Lubbock, Tx
79401-4091

US POSTAGE PITNEY BOWES
ZIP 79401
02 4W
0000386595 $ 001.50⁰ APR 21 2023

7940184027 C067